IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KULP MINERALS, LLC,

      Plaintiff,

v.                                            Civ. No. 2:23-408 KG/KRS

APACHE CORPORATION,

      Defendant.

**AMENDED SCHEDULING ORDER**

NOW BEFORE the Court is the parties' Joint Application to Amend Scheduling Order (Dkt. No. 32). Based on the parties' agreement, and for good cause shown, the Court GRANTS the Joint Application and amends the current Scheduling Order (Dkt. No. 27) as set forth below in this Amended Scheduling Order.

Specifically, the following dates and deadlines in this Amended Scheduling Order shall govern the parties' actions in this case until a ruling on Plaintiff's motion for class certification:

| **Event** | **Current Deadlines** | **Proposed Amended Deadlines** |
|---|---|---|
| (a) Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15 | August 1, 2023 | No amendment |
| (b) Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15 | September 1, 2023 | No amendment |
| (c) Class Certification Discovery Deadline | April 5, 2024 | June 7, 2024 |
| (d) Deadline for Plaintiff's class action expert reports | May 3, 2024 | July 12, 2024 |

1

| | | (Plaintiff to provide two (2) proposed deposition dates for each expert that are within thirty (30) days of the disclosures) |
|---|---|---|
| (e) Deadline for Defendant's class action expert reports | July 2, 2024 | August 30, 2024<br><br>(Defendant to provide two (2) proposed deposition dates for each expert that are within thirty (30) days of the disclosures) |
| (f) Deadline for Plaintiff's rebuttal/reply expert reports | August 1, 2024 | September 20, 2024 |
| (g) Deadline for Plaintiff to file Motion for Class Certification | August 16, 2024 | October 4, 2024 |
| (h) Response to Motion for Class Certification | Due within thirty (30) days from Motion | No amendment |
| (i) Reply to Motion for Class Certification | Due within twenty-one (21) days from response | No amendment |

**IT IS THE FURTHER ORDER OF THE COURT** that following a decision on Plaintiffs' motion for class certification, the Court will schedule a status conference for entry of a new scheduling order to control the remainder of the litigation, including expert disclosures for trial, dispositive motions, pretrial, and trial deadlines.

**IT IS THE FURTHER ORDER OF THE COURT** that no date set by this Order may be changed except for good cause and upon motion by a party and written Order of this Court prior to the scheduled date.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE