IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KULP MINERALS LLC,

      Plaintiff,

v.                                                 Civ. No. 2:23-408-KG-KRS

APACHE CORPORATION,

      Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

THIS MATTER comes before the Court on Plaintiff Kulp Minerals, LLC's Motion for Extension of Time to File a Motion to Compel regarding Defendant Apache Corporation's *Objections and Responses to Plaintiff's Second Requests for Production of Documents, Interrogatories, and Requests for Admission*. (Doc. No. 36). Being informed there is no opposition to said Motion, and being fully advised of the grounds for the requested relief, the Court finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff is granted an extension of time to file a Motion to Compel regarding Defendant's *Objections and Responses to Plaintiff's Second Requests for Production of Documents, Interrogatories, and Requests for Admission* until and including May 1, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE