IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KULP MINERALS, LLC,

      Plaintiff,

v.                                                  Civ. No. 2:23-408 KG/KRS

APACHE CORPORATION,

      Defendant.

**AMENDED SCHEDULING ORDER**

NOW BEFORE the Court is the parties' Joint Application to Amend Scheduling Order (Dkt. No. 48). Based on the parties' agreement, and for good cause shown, the Court GRANTS the Joint Application and amends the current Scheduling Order (Dkt. No. 34) as set forth below in this Amended Scheduling Order.

Specifically, the following dates and deadlines in this Amended Scheduling Order shall govern the parties' actions in this case until a ruling on Plaintiff's motion for class certification:

| **Event** | **Current Deadlines** | **Amended Deadlines** |
|---|---|---|
| (a) Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15 | August 1, 2023 | No amendment |
| (b) Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15 | September 1, 2023 | No amendment |
| (c) Class Certification Discovery Deadline | June 7, 2024 | Three months after a ruling on Dkt. Nos. 40-42 |
| (d) Deadline for Plaintiff's class certification expert reports | July 12, 2024 | Thirty days after class certification discovery closes |

1

|  |  | (Plaintiff to provide two (2) proposed deposition dates for each expert that are within thirty (30) days of the disclosures) |
|---|---|---|
| (e) Deadline for Defendant's class certification expert reports | August 30, 2024 | Forty-five days after Plaintiff serves expert reports |
| (f) Deadline for Plaintiff's rebuttal/reply expert reports | September 20, 2024 | Forty-five days after Defendant serves expert reports |
| (g) Deadline for Plaintiff to file Motion for Class Certification | October 4, 2024 | Thirty days after Plaintiff's reply reports |
| (h) Response to Motion for Class Certification | Due within thirty (30) days from Motion | No amendment |
| (i) Reply to Motion for Class Certification | Due within twenty-one (21) days from response | No amendment |

**IT IS THE FURTHER ORDER OF THE COURT** that following a decision on Plaintiff's motion for class certification, the Court will schedule a status conference for entry of a new scheduling order to control the remainder of the litigation, including expert disclosures for trial, dispositive motions, pretrial, and trial deadlines.

**IT IS THE FURTHER ORDER OF THE COURT** that no date set by this Order may be changed except for good cause and upon motion by a party and written Order of this Court prior to the scheduled date.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE