IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KULP MINERALS LLC,

    Plaintiff,

v.                                                Civ. No. 2:23-408-KG-KRS

APACHE CORPORATION,

    Defendant.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO COMPEL

THIS MATTER comes before the Court on Defendant Apache Corporation's Unopposed Motion for Extension of Time to File a Motion to Compel, (Doc. 57), regarding Plaintiff Kulp Minerals, LLC's Objections and Responses to Defendant's First Requests for Production of Documents, Interrogatories, and Requests for Admission. (Doc. 44). Being informed there is no opposition to said Motion and being fully advised of the grounds for the requested relief, the Court finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant is granted an extension of time to file a Motion to Compel regarding Plaintiff's Objections and Responses to Defendant's First Requests for Production of Documents, Interrogatories, and Requests for Admission until and including July 10, 2024.

KEVIN R. SWEAZEA
United States Magistrate Judge