**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**KULP MINERALS LLC,**

      **Plaintiff,**                                            Civ. No. 2:23-408-KG-KRS

**v.**

**APACHE CORPORATION,**

      **Defendant.**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

THIS MATTER comes before the Court on Plaintiff Kulp Minerals, LLC's Motion for Extension of Time to File a Motion to Compel regarding Defendant Apache Corporation's *Objections and Responses to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents to Defendant*. (**Doc. No. 77**). Being informed there is no opposition to said Motion, and being fully advised of the grounds for the requested relief, the Court finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff is granted an extension of time to file a Motion to Compel regarding Defendant's *Objections and Responses to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents* until and including January 24, 2025.

IT IS SO ORDERED this 10th day of January, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE