# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**KULP MINERALS LLC,**

    **Plaintiff,**                                                Civ. No. 2:23-408-KG-KRS

v.

**APACHE CORPORATION,**

    **Defendant.**

## ORDER

THIS MATTER comes before the Court on Plaintiff Kulp Minerals, LLC's Unopposed Motion for Extension of Time to File a Motion to Compel. (Doc. 83). Being informed there is no opposition to said Motion, and being fully advised of the grounds for the requested relief, the Court finds good cause to grant the Motion.

IT IS THEREFORE ORDERED that Plaintiff is granted an extension of time to file a Motion to Compel regarding Defendant's *Objections and Responses to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents* until and including March 7, 2025.

IT IS SO ORDERED this 21st day of February, 2025.

                                                               _____
                                                               KEVIN R. SWEAZEA
                                                              UNITED STATES MAGISTRATE JUDGE