## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KULP MINERALS LLC,**

       **Plaintiff,**                **Civ. No. 2:23-408-KG-KRS**

**v.**

**APACHE CORPORATION,**

       **Defendant.**

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Lisa Baldwin, attorney of record for Plaintiff, Kulp Minerals LLC, respectfully moves to withdraw as counsel of record. In support of this Motion, Counsel states:

1. Plaintiff has been represented by Lisa Baldwin of Nix Patterson, LLP.

2. Effective February 28, 2025, Lisa Baldwin is departing from Nix Patterson, LLP. Therefore, it is necessary for her to withdraw as counsel of record for Plaintiff.

3. Plaintiff will continue to be represented by Bradley Beckworth, Drew Pate, Susan Whatley, Trey Duck, and Nathan Hall of Nix Patterson, LLP, along with Andrew Stout and Mark Stout of Stout & Stout, and Jason A. Ryan, Patrick M. Ryan, and Paula M. Jantzen of Ryan Whaley Coldiron Jantzen Peters & Webber PLLC.

4. Counsel for Defendant was contacted regarding this motion, and they are unopposed to its filing.

5. A proposed Order allowing the withdrawal of Lisa Baldwin is submitted with this motion.

DATED:      April 3, 2025

Respectfully submitted,

By: */s/ Lisa Baldwin*
Bradley E. Beckworth
Trey Duck
Drew Pate
Lisa Baldwin
Susan Whatley
**NIX PATTERSON, LLP**
8701 Bee Cave Rd
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*tduck@nixlaw.com*
*dpate@nixlaw.com*
*lbaldwin@nixlaw.com*
*swhatley@nixlaw.com*


Mark Stout
Drew Stout
**STOUT & STOUT LAWYERS LLP**
3319 A North Grimes
Hobbs, NM 88240
Telephone: (575) 393-1555
Facsimile: (575) 393-1825
*mark@stoutnm.com*
*drew@stoutnm.com*

Bradley E. Beckworth
Trey Duck
Drew Pate
Lisa Baldwin
Susan Whatley
**NIX PATTERSON, LLP**
8701 Bee Cave Rd
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*tduck@nixlaw.com*
*dpate@nixlaw.com*
*lbaldwin@nixlaw.com*

*swhatley@nixlaw.com*

Patrick M. Ryan
Jason A. Ryan
Paula M. Jantzen
**RYAN WHALEY PLLC**
400 N. Walnut Avenue
Oklahoma City, OK  73104
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
*pryan@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025 a true and correct copy of the foregoing document was filed and served electronically in compliance with Fed. R. Civ. P. 5(b)(2)(E) by using the Court's CM/ECF filing service and causing it to be served via electronic mail on all counsel of record.

*/s/ Lisa Baldwin*
Lisa Baldwin