# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KULP MINERALS LLC,

      Plaintiff,                            Civ. No. 2:23-408-KG-KRS

v.

APACHE CORPORATION,

      Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon review by the Court, Unopposed Motion to Withdraw as Counsel [Dkt. 92] is hereby GRANTED.

Lisa Baldwin is hereby deemed withdrawn as counsel of record for Plaintiff Kulp Minerals LLC. The Motion to Withdraw as Counsel [Dkt. 91] is stricken as moot.

IT IS SO ORDERED this 4th day of April, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE