IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KULP MINERALS LLC,

      Plaintiff,                                      Civ. No. 2:23-408-KG-KRS

v.

APACHE CORPORATION,

      Defendant.

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL

THIS MATTER comes before the Court on Defendant Apache Corporation's ("Defendant") Unopposed Motion for Extension of Time to File Response to Motion to Compel (the "Motion"), filed August 5, 2025. (Doc. 106). Being informed there is no opposition to said Motion, and being fully advised of the grounds for the requested relief, the Court finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant is granted an extension of time to file a Response to Plaintiff's Motion to Compel Discovery Related to Plaintiff's Interrogatories 21-25 and Request for Production 45, (Doc. 105), on or before August 13, 2025.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE